# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| YAN MEI ZHENG-LAWSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>Defendants. | Case No. 17-cv-06591-BLF<br><br>**ORDER STRIKING DEFENDANTS' MOTION TO EXCLUDE IN PART EXPERT REPORTS OF STEFAN BOEDEKER AND DAVID MCLELLAN**<br><br>[Re: ECF 91] |

On June 12, 2019, Defendants filed opposition to Plaintiffs' motion for class certification, a related administrative motion to seal, and a motion to exclude in part the expert reports of Plaintiffs' experts Stefan Boedeker and David McLellan. The Court STRIKES Defendants' motion to exclude (ECF 91), as it violates Civil Local Rule 7-3(a), which provides that all evidentiary objections to a motion must be contained *within* the opposition brief or memorandum.

Defendants may file an amended opposition brief which includes evidentiary objections to Plaintiffs' experts. The amended brief shall be filed on or before July 22, 2019, and shall comply with the Civil Local Rules and this Court's Standing Order Re Civil Cases. As set forth in the Standing Order, all written text, including footnotes and quotations, shall be no less than 12-point font and shall be double spaced. Moreover, all citations to legal authorities shall be in the body of the brief, not in footnotes, and excessive footnotes will be disregarded.

The briefing schedule set by stipulation and order (ECF 82) remains in effect.

**IT IS SO ORDERED.**

Dated: July 15, 2019

_____
BETH LABSON FREEMAN
United States District Judge