UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAN MEI ZHENG-LAWSON, YUANTENG PEI, and JOANNE E. FERRARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC. and TOYOTA MOTOR SALES U.S.A, INC.,<br><br>Defendants. | Case No. 17-cv-06591-BLF<br><br>**ORDER CONDITIONALLY SEALING ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

On February 3, 2020, the Court issued an Order Denying Plaintiffs' Motion for Class Certification. The order has been conditionally sealed because it references materials that were filed under seal in this case. The parties shall meet and confer to determine whether a stipulated sealing request regarding the order is appropriate. The parties shall submit a stipulated request for any requested redactions to the order (or indicate that no redactions are requested) on or before February 18, 2020.

IT IS SO ORDERED.

Dated: February 3, 2020

_____
BETH LABSON FREEMAN
United States District Judge