JEFFREY B. MARGULIES (BAR NO. 126002)
EVA Y. YANG (BAR NO. 306215)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:      (213) 892-9200
Facsimile:      (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

STACEY A. MARTINEZ (appearance *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701-4255
Telephone:      (512) 474-5201
Facsimile:      (512) 536-4598
stacey.martinez@nortonrosefulbright.com

Attorneys for Defendants
TOYOTA MOTOR CORPORATION; TOYOTA
MOTOR NORTH AMERICA, INC.; AND TOYOTA
MOTOR SALES, U.S.A., INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN MEI ZHENG-LAWSON, YUANTENG PEI, and JOANNE E. FERRARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA NORTH AMERICA, INC., and TOYOTA MOTOR SALES U.S.A., INC.,<br><br>Defendants. | Civil Action No.  17-CV-06591-BLF<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS ASSERTED BY PLAINTIFF YAN MEI ZHENG-LAWSON; [~~PROPOSED~~] ORDER** |

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff Yan Mei Zheng-

2    Lawson ("Zheng-Lawson"), Yuanteng Pei, and Joanne E. Ferrara (collectively as "Plaintiffs"), and

3    defendants Toyota Motor Corporation, Toyota North America, Inc., and Toyota Motor Sales,

4    U.S.A., Inc. (collectively as "Defendants"), by and through their respective counsel, hereby

5    stipulate as follows:

6    WHEREAS, plaintiff Zheng-Lawson has reached a settlement with Toyota Motor Sales

7    U.S.A., Inc. in an unrelated claim regarding her RAV4, which contains a release of all of Zheng-

8    Lawson's claims in this matter;

9    WHEREAS, Plaintiffs and Defendants stipulate and agree that all claims asserted by Zheng-

10   Lawson (and only Zheng-Lawson) in this matter should be dismissed with prejudice; and

11   WHEREAS, Zheng-Lawson and Defendants will each bear their own attorney's fees and

12   costs.

13   **IT IS SO STIPULATED.**

14

15   Dated: October 28, 2020                    ROBERT S. GREEN
                                                 JAMES ROBERT NOBLIN
16                                               **GREEN & NOBLIN, P.C.**

17

18                                              By        */s/ Robert S. Green*
                                                    ROBERT S. GREEN
19                                                  Attorneys for Plaintiffs
                                                    YAN MEI ZHENG-LAWSON,
20                                                  YUANGTENG PEI, AND JOANNE E.
                                                    FERRARA
21

22

23

24

25

26

27

28

Document Prepared
on Recycled Paper

1

Dated: October 28, 2020

JEFFREY B. MARGULIES
**NORTON ROSE FULBRIGHT US LLP**

2

3

4

By_____ */s/ Jeffrey B. Margulies*_____
JEFFREY B. MARGULIES
Attorneys for Defendants
TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR NORTH AMERICA,
AND TOYOTA MOTOR SALES U.S.A.,
INC.

5

6

7

8

### ATTESTATION

9

I, Eva Yi Yang, am the ECF User whose identification and password are being used to file

10

the STIPULATION FOR DISMISSAL OF CLAIMS BY PLAINTIFF YAN MEI ZHENG-

11

LAWSON. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert S. Green has

12

concurred in this filing.

13

Dated: October 28, 2020

JEFFREY B. MARGULIES
STACEY A. MARTINEZ
EVA YANG
**NORTON ROSE FULBRIGHT US LLP**

14

15

16

17

By ___ */s/ Eva Yi Yang*_____
EVA Y. YANG
Attorneys for Defendants
TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR NORTH AMERICA,
INC.; AND TOYOTA MOTOR SALES,
U.S.A., INC.

18

19

20

21

22

23

24

25

26

27

28

Document Prepared
on Recycled Paper

101266280.1

- 3 -

1

### [~~PROPOSED~~] ORDER

2      The above STIPULATION FOR DISMISSAL OF CLAIMS ASSERTED BY PLAINTIFF

3   YAN MEI ZHENG-LAWSON is approved. All claims that are asserted by Plaintiff Yan Mei

4   Zheng-Lawson shall be and hereby are DISMISSED with prejudice, with each party to bear its own

5   attorneys' fees and costs.

6   **IT IS SO ORDERED.**

7

8   Dated: _____      October 29, 2020

9                                                                    Hon. Beth Labson Freeman
                                                                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

101266280.1

- 4 -