Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

*Attorneys for Plaintiffs*
*and the Proposed Class or Sub-classes*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN MEI ZHENG-LAWSON, YUANTENG PEI, and JOANNE E. FERRARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA NORTH AMERICA, INC., and TOYOTA MOTOR SALES U.S.A., INC.,<br><br>Defendants. | Civil Action No.  17-CV-06591-BLF<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS ASSERTED BY PLAINTIFFS YUANTENG PEI, AND JOANNE E. FERRARA; [PROPOSED] ORDER** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs Yuanteng Pei, and Joanne E. Ferrara (collectively "Plaintiffs"), and defendants Toyota Motor Corporation, Toyota North America, Inc., and Toyota Motor Sales, U.S.A., Inc. (collectively as "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Plaintiffs YUANTENG PEI, and JOANNE E. FERRARA, ("Plaintiffs") have reached a settlement with Defendants Toyota Motor Corporation, Toyota Motor Sales U.S.A., Inc. and Toyota North America, Inc.

It is hereby STIPULATED AND AGREED:

Plaintiffs hereby dismiss the within action with prejudice.  Plaintiffs and Defendants herein will each bear their own attorney's fees and costs.

DOCUMENT PREPARED ON RECYCLED PAPER

**IT IS SO STIPULATED.**

Dated: February 13, 2021     ROBERT S. GREEN
                             JAMES ROBERT NOBLIN
                             **GREEN & NOBLIN, P.C.**


                             By_____*/s/ Robert S. Green*_____
                                ROBERT S. GREEN
                                Attorneys for Plaintiffs
                                YUANGTENG PEI, AND JOANNE E.
                                FERRARA


Dated: February 13, 2021     JEFFREY B. MARGULIES
                             **NORTON ROSE FULBRIGHT US LLP**


                             By_____*/s/ Jeffrey B. Margulies*_____
                                JEFFREY B. MARGULIES
                                Attorneys for Defendants
                                TOYOTA MOTOR CORPORATION,
                                TOYOTA MOTOR NORTH AMERICA,
                                AND TOYOTA MOTOR SALES U.S.A.,
                                INC.


## [PROPOSED] ORDER

The above STIPULATION FOR DISMISSAL OF CLAIMS ASSERTED by Plaintiffs YUANTENG PEI, and JOANNE E. FERRARA is approved. All claims that are asserted by Plaintiffs YUANTENG PEI, and JOANNE E. FERRARA shall be and hereby are DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 16, 2021     _____
                             Hon. Beth Labson Freeman
                             United States District Judge

DOCUMENT PREPARED ON RECYCLED PAPER

101266280.1                                    - 2 -
              STIPULATION FOR DISMISSAL OF CLAIMS ASSERTED
          BY PLAINTIFFS YUANTENG PEI AND JOANNE E. FERRARA; [PROPOSED] ORDER